THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL LESLIE, Appellant. [738 NYS2d 906] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from judgment of Monroe County Court, Connell, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Green, J.P., Pine, Kehoe and Gorski, JJ.